**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| DRINK LMNT, INC.,<br>*Plaintiff*,<br>v.<br>ELMNT, LLC,<br>*Defendant*. | C.A. No. 2:25-cv-1018-SPC-DNF<br>**JURY TRIAL DEMANDED** |

**DECLARATION OF DAVID M. LAMB IN SUPPORT OF DEFENDANT ELMNT, LLC'S MOTION TO DISMISS THE COMPLAINT**

I, **David M. Lamb**, declare under penalty of perjury that:

1. I am a Partner at Gish PLLC and counsel for Defendant ELMNT, LLC ("ELMNT") in the above-captioned action. I am over eighteen years of age, and I have personal knowledge of the facts set forth in this declaration and can and will testify thereto under oath if called to do so.

2. I submit this declaration in support of ELMNT's Motion to Dismiss the Complaint ("Motion"), filed by Plaintiff Drink LMNT, Inc. ("DLI") in the above action, and to place before the Court true and correct copies of documents that are cited in the Motion.

3. Attached hereto as Exhibit A is a true and correct copy of a redline comparison made between the complaint filed by DLI against ELMNT in the

District of Massachusetts on March 20, 2025 (*Drink LMNT, Inc. v. ELMNT, LLC*, 1:25-cv-10659 (D. Mass.), D.E. 1) and the complaint filed in the above-captioned action, using the built-in comparison feature of Microsoft Word.

4. Attached hereto as Exhibit B are true and correct screenshots of the first page of results that were returned when searching the term "ELMNT" on Walmart.com (available at https://www.walmart.com/search?q=ELMNT) on November 7, 2025, conducted using Google Chrome in a new "incognito mode" window and without being logged into any Google account to ensure that the search results would not be affected by cookies or search history.

5. Attached hereto as Exhibit C is a true and correct copy of the first page of results when searching the term "Element" on the United States Patent and Trademark Office Trademark Search website (available at https://tmsearch.uspto.gov/search/search-information), and then refining those search results by "supplement" as the goods/services, and viewing only live, registered trademarks.

6. Attached hereto as Exhibit D is a true and correct copy of the first page of results when searching the term "LMNT" on the United States Patent and Trademark Office Trademark Search website, and then refining those search results by viewing only live, registered trademarks.

7. Attached hereto as Exhibit E is a true and correct copy of U.S. Trademark Reg. No. 6,412,190 for the mark "ELEM3NTS."

8. Attached hereto as Exhibit F is a true and correct copy of U.S. Trademark Reg. No. 6,898,116 for the mark "ALCAMI ELEMENTS."

9. Attached hereto as Exhibit G is a true and correct copy of a Nonfinal Office Action issued by the United States Patent and Trademark Office in connection with U.S Application Serial No. 97/248,466, for the mark TERRA ELMNT, on November 16, 2022.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated: December 5, 2025

*/s/David M. Lamb*
David M. Lamb