# EXHIBIT B

In-store | Price | Brand | Fulfillment Speed | Subscription

**Results for "elmnt"** (14)

Uses item details. Price when purchased online




+ Add

$29.95

ELMNT 21,800mg Testosterone Booster for Men Male Enhance w. Tongkat Ali Horny Goat Weed+ Pre-Workout

203

Save with W+

Shipping arrives **Sun, Nov 9**




+ Add

Subscribe

$19.95

4,050mg KSM66 Ashwagandha Gummies Libido Booster for Women, 30x Strength Red Maca Root (Peach Ring)

150

Save with W+

Shipping arrives **Sun, Nov 9**




+ Add

Subscribe

$28.95

ELMNT 228,000mg 200x Strength Tongkat Ali for Men w. 30x Fadogia Agrestis Extract - Muscle & Strength Booster

74

Save with W+

Shipping arrives **Sun, Nov 9**




+ Add

Now $30.95 ~~$38.95~~

ELMNT Super Collagen Burn - Multi Collagen Peptides Powder for Women w. Apple C Vinegar (Chocolate)

230

Save with W+

Shipping arrives **Sun, Nov 9**




+ Add

Subscribe

$34.95

ELMNT Premium Liquid Collagen for Women Weight Loss & Beauty w. Hyaluronic Acid, L-Carnitine, Apple C Vinegar & Biotin

195

Save with W+

Shipping arrives **Sun, Nov 9**



+ Add

$59.99

ELMNT FLO-THRU 240V 12-0110G-K

Free shipping, arrives **in 3+ days**



+ Add

$67.70

ELMNT FLO-Thru 240V 12-0110G-K

Free shipping, arrives **in 3+ days**




+ Add

$23.95

40,000mg 40:1 Organic Black Maca Root for Men + Ashwagandha, 100% Pure Peruvian Maca Powder Capsules

157

Save with W+

Shipping arrives **Sun, Nov 9**




+ Add

Now $31.95 ~~$41.95~~

ELMNT 2150mg Super Antioxidant Liposomal Glutathione Supplement - Reduced L Glutathione Skin Brightening

90

Save with W+

Shipping arrives **Sun, Nov 9**




+ Add

$29.95

ELMNT Super Collagen Burn - Multi Collagen Peptides Powder for Women w. Apple C Vinegar (Unflavored)

230

Save with W+

Shipping arrives **Sun, Nov 9**




+ Add

Subscribe

$29.95

ELMNT Triple Sleep Magnesium L Threonate Supplement w. L-Theanine & Magtein Magnesium Threonate, USA

98

Save with W+

Shipping arrives **Sun, Nov 9**




+ Add

$33.95

ELMNT Super Collagen Burn Powder for Women w. Hyaluronic Acid, KSM66, Apple C Vinegar, Probiotics, Biotin (Pink Lemon

230

Save with W+

Shipping arrives **Sun, Nov 9**




+ Add

Subscribe

Now $24.95 ~~$27.95~~

ELMNT 16x Strength Lions Mane Mushroom Supplement Super Nootropic Energy Focus Memory Pills, Unisex

76

Save with W+

Shipping arrives **Sun, Nov 9**




+ Add

$30.95

ELMNT Super Collagen Burn - Multi Collagen Peptides Powder for Women w. Apple C Vinegar (Razz Lemonade)

230

Save with W+

Shipping arrives **Sun, Nov 9**

## Other options to consider (167)



+ Add

$43.99

New Elmnt Asy-r24 #220 30mic Parker Hannifin - Racor Div R24p

Free shipping, arrives **Mon, Nov 10**




+ Add

$24.95

2,450mg Sleep Gummies Extra Strength Melatonin XR w. Slow Release Melatonin, Magnesium Theanine & Sensoril Ashwagandha, Time Release Melatonin Gummies Natural Sleep Aid for Adults...

78

Save with W+

Shipping arrives **Sun, Nov 9**




+ Add

$29.95

Magnesium L-Threonate Triple Sleep Drink w. Apigenin, Theanine, Melatonin - 5X Strength Magnesium for Sleep Magtein Magnesium Threonate Supplement Powder Natural Sleep Aid Adults, Cortisol...

87

Save with W+

Shipping arrives **Sun, Nov 9**



+ Add

$242.22

Beacon Morris Hydrnic Basebrd Heater Elmnt,3ft ST1443-03

Free shipping, arrives **in 3+ days**



+ Add

$103.68

ForeverPRO WPW10260252 Elmnt Brol for Whirlpool Range PS11751382 W10260252

Free shipping, arrives **in 3+ days**



+ Add

$42.97

New Elmnt Asy-490r 2 Micron Parker Hannifin - Racor Div R90s

Free shipping, arrives **in 3+ days**



+ Add

$91.72

Star Heating Elmnt,Btm-1300W120V 2N-Z9324 - Genuine OEM Replacement Part

Free shipping, arrives **in 3+ days**



+ Add

$396.81

Fostoria EIR Replcmnt Elmnt,5/16"Dia.x19-11/16"L AGS1648

Free shipping, arrives **in 3+ days**



+ Add

$198.25



+ Add

$83.43



+ Add

$156.80

+ Add

$31.77

316L SS ELMNT 6000W 480V D1315-29 - Genuine OEM Replacement Part
Free shipping, arrives **in 3+ days**

ForeverPRO W11396792 Elmnt-Surf for Whirlpool Range W11255551 W11364018
Free shipping, arrives **in 3+ days**

Fostoria Elc Infrd Htr Tblr Elmnt,11/16"x24-1/4" 31940009
Free shipping, arrives **in 3+ days**

12IN X 2IN OVAL PAPER ELMNT
Free shipping, arrives **in 3+ days**




+ Add

**$65^65** +$15.99 shipping
WHIRLPOOL WP3191455 ELMNT-SURF - GENUINE OEM PART
Shipping arrives **in 3+ days**



+ Add

**$337^16**
Fostoria EIR Replcmnt Elmnt,5/16"Dia.x19-11/16"L AGS1627
Free shipping, arrives **in 3+ days**



+ Add

**$302^16**
Beacon Morris Hydrnic Basebrd Heater Elmnt,5 ft. STC14355-05
Free shipping, arrives **in 3+ days**



+ Add

**$119^67** +$15.99 shipping
WHIRLPOOL W11563195 ELMNT-SURF - GENUINE OEM PART
Shipping arrives **in 3+ days**



+ Add

**$41^01**
Whirlpool/Maytag/KitchenAid/Amana Elmnt-Surf Part # WPL-WPY04000036
★★★★★ 1
Save with W+
Free shipping, arrives **Mon, Nov 10**



+ Add

**$155^31** +$15.99 shipping
Whirlpool WPW10310263 ELMNT-GRIL - OEM Part
Shipping arrives **in 3+ days**



+ Add

**$55^22** +$10.60 shipping
Therm by HydroQuip 25-4034-TI 240V 5.5kW 10.5" Universal Flow Thru Heating Elmnt
★★★★★ 1
Shipping arrives **in 3+ days**




+ Add

**$64^45** +$15.99 shipping
WHIRLPOOL W11396790 ELMNT-SURF - GENUINE OEM PART
Shipping arrives **in 3+ days**



+ Add

**$80^76**
MaksPRO W11168414 Elmnt-Surf fits Appliance
Free shipping, arrives **in 3+ days**



+ Add

**$473^35**
Fostoria EIR Replcmnt Elmnt,5/16" Dia.x28-11/16"L AGS2548
Free shipping, arrives **in 3+ days**



+ Add

**$361^90**
Beacon Morris Hydrnic Basebrd Heater Elmnt, 6ft STC14356-06
Free shipping, arrives **in 3+ days**



+ Add

**$117^06**
W10342780 Whirlpool Refrigerator Elmnt-Surf
Free shipping, arrives **in 3+ days**



+ Add

**$125^34**
WHIRLPOOL W11101459 ELMNT-SURF - GENUINE OEM PART
Free shipping, arrives **in 3+ days**



+ Add

**$167^24**
Fostoria Elc Infrd Htr Tblr Elmnt,11/16"x38-3/4" 31941009
Free shipping, arrives **in 3+ days**




+ Add

$29.95

ELMNT Super Collagen Burn - Multi Collagen Peptides Powder for Women w. Apple C Vinegar (Unflavored)

230

Save with W+

Shipping arrives Sun, Nov 9




+ Add

$29.95

ELMNT 21,800mg Testosterone Booster for Men Male Enhance w. Tongkat Ali Horny Goat Weed+ Pre-Workout

203

Save with W+




+ Add

$34.95

ELMNT Premium Liquid Collagen for Women Weight Lo
Vinegar & Biotin

195

Save with W+

**Related searches**

electrolyte | electrolyte powder | electrolytes elmt | element electrolytes | lmnt electrolyte powder packets | hydration powder | pedialyte | liquid iv | milk | oranges

1 2 3 4 5 >