# EXHIBIT C

An official website of the United States government Here's how you know

TM $ My Sign in

# Trademark search

Home > Search results

Help

Try our new beta feature to see more info when you open results Off

General search | element | supplement | Basic | Expert

**Status filter**

- Live 742
  - Registered
  - Pending
- Dead 0
  - Cancelled
  - Abandoned

**Sort**

**Configure**

- Show image

Reset

**742 results** for element & supplement

Export

element

**Wordmark** ELEMENT
**Status** LIVE REGISTERED
**Goods & services** IC 005: Dietary and nutritional supplements for animals; Dietary and...
**Class** 005
**Serial** 97281599
**Owners** Western States Hemp LLC (LIMITED LIABILITY COMPANY; NEVADA, USA)

ELEMENT

**Wordmark** ELEMENT
**Status** LIVE REGISTERED
**Goods & services** IC 005: [ Meal replacement shakes; Nutritional drink mix for use as a...
**Class** 005, 029, 030
**Serial** 77805302
**Owners** Element Bars, Inc. (CORPORATION; ILLINOIS, USA)

RIGHT ELEMENT

**Wordmark** RIGHT ELEMENT
**Status** LIVE REGISTERED
**Goods & services** IC 005: Dietary, nutritional and vitamin supplements.
**Class** 005
**Serial** 97615132
**Owners** RIGHT ELEMENT LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA)

Feedback

Secret Element

| | |
|---|---|
| **Wordmark** | SECRET ELEMENT |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Nutritional supplements. |
| **Class** | 005 |
| **Serial** | 90546556 |
| **Owners** | BLOOMING SUPPLEMENTS LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA) |

Prime Element

| | |
|---|---|
| **Wordmark** | PRIME ELEMENT |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Dietary supplements. |
| **Class** | 005 |
| **Serial** | 88753894 |
| **Owners** | Mercier International Corp. (CORPORATION; CANADA) |

Cosmic Element

| | |
|---|---|
| **Wordmark** | COSMIC ELEMENT |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 003: Skin toners.; IC 005: Dietary supplements. |
| **Class** | 003, 005 |
| **Serial** | 87910167 |
| **Owners** | HASSAN KHAN, SHABNAZ (INDIVIDUAL; INDIA) |

ELEMENT NUTRACEUTICALS

| | |
|---|---|
| **Wordmark** | ELEMENT NUTRACEUTICALS |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Nutritional supplements. |
| **Class** | 005 |

Feedback

| | |
|---|---|
| **Serial** | 99144397 |
| **Owners** | Select Performance Nutrition, LLC (LIMITED LIABILITY COMPANY; Florida, USA) |

| | |
|---|---|
| **Wordmark** | H HOLYMA ELEMENT |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Nutraceuticals for use as a dietary supplement for promoting... |
| **Class** | 005 |
| **Serial** | 97918035 |
| **Owners** | WELLMAN BioPharmaceutical INC. (CORPORATION; CALIFORNIA, USA) |

EARTH ELEMENT 38

| | |
|---|---|
| **Wordmark** | EARTH ELEMENT 38 |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Dietary supplements; Dietary supplements for humans; Dietary... |
| **Class** | 005 |
| **Serial** | 98276091 |
| **Owners** | Element 38, LLC (LIMITED LIABILITY COMPANY; OREGON, USA) |

| | |
|---|---|
| **Wordmark** | EARTH ELEMENT OILS |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Hand sanitizing preparations; Hand sanitizing spray; Hemp seed... |
| **Class** | 005 |
| **Serial** | 90590919 |
| **Owners** | Earth Elements, Inc. (CORPORATION; TENNESSEE, USA) |

| | |
|---|---|
| **Wordmark** | NATURAL DAILY ELEMENT |
| **Status** | LIVE REGISTERED |

Feedback

| | |
|---|---|
| **Goods & services** | IC 005: Vitamins; Vitamin supplements. |
| **Class** | 005 |
| **Serial** | 97679969 |
| **Owners** | Essential Elemental Principles (CORPORATION; MAINE, USA) |

ELEMENT ALL DIET

| | |
|---|---|
| **Wordmark** | ELEMENT ALL DIET |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Dietary supplements; Nutritional supplements; Protein... |
| **Class** | 005 |
| **Serial** | 88445861 |
| **Owners** | Bioclinic Naturals Inc. (CORPORATION; CANADA) |

FORCE ELEMENT PERFORMANCE

| | |
|---|---|
| **Wordmark** | FORCE ELEMENT PERFORMANCE |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: dietary and nutritional supplements. |
| **Class** | 005 |
| **Serial** | 88649767 |
| **Owners** | Force Element Performance PTY LTD (proprietary limited company; AUSTRALIA) |

| | |
|---|---|
| **Wordmark** | GUIDING ELEMENT MEDICAL CENTER GEMC |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Herbal supplements; Herbal teas for medicinal purposes; Herbs... |
| **Class** | 005, 041, 044 |
| **Serial** | 90046368 |
| **Owners** | Guiding Elements Medical Center, PLLC (LIMITED LIABILITY COMPANY; ARIZONA, USA) |

特效眼明素

**Wordmark**

**Status** LIVE REGISTERED

**Goods & services** IC 005: Dietary and nutritional supplements; dietary supplements.

**Class** 005

**Serial** 85335778

**Owners** Edward Wynn LLC (LIMITED LIABILITY COMPANY; NEVADA, USA)

---

OXYGEN ELEMENTS

**Wordmark** OXYGEN ELEMENTS

**Status** LIVE REGISTERED

**Goods & services** IC 005: Dietary supplements made in significant part of the chemical...

**Class** 005

**Serial** 85548654

**Owners** THE GHT COMPANIES (CORPORATION; NEVADA, USA)

---

維新烏絲素

**Wordmark**

**Status** LIVE REGISTERED

**Goods & services** IC 005: herbal extracts in the form of capsules as a food supplement...

**Class** 005

**Serial** 75336139

**Owners** VITA GREEN HEALTH PRODUCTS COMPANY LIMITED (LIMITED LIABILITY COMPANY; HONG KONG)

---

LM NT ELEMENTAL LABS

**Wordmark** LMNT ELEMENTAL LABS

**Status** LIVE REGISTERED

**Goods & services** IC 005: Dietary supplement drink mixes.

**Class** 005

**Serial** 88456796

**Owners** DRINK LMNT, INC. (CORPORATION; DELAWARE, USA)

Feedback

NATURA BRASIL

**Wordmark** NATURA BRASIL

**Status** LIVE REGISTERED

**Goods & services** IC 003: (Based on 44(e)Pursuant to Brazilian Foreign Registration...

**Class** 005, 003

**Serial** 75983019

**Owners** Natura Cosmeticos S A (CORPORATION; BRAZIL)

natura Brasil

**Wordmark** NATURA BRASIL

**Status** LIVE REGISTERED

**Goods & services** IC 003: cosmetics; [ makeup; foundation makeup; body and face powder;...

**Class** 005, 003

**Serial** 75983033

**Owners** Natura Cosmeticos S A (CORPORATION; BRAZIL)

SYMCOAT

**Wordmark** SYMCOAT

**Status** LIVE REGISTERED

**Goods & services** IC 001: a Supplemental Trace Element Plant Micronutrient.

**Class** 001

**Serial** 73365732

**Owners** Agro-K Corporation (CORPORATION; MINNESOTA, USA)

CALEO

**Wordmark** CALEO

**Status** LIVE REGISTERED

**Goods & services** IC 010: Supplemental heating element sold as a component feature of...

**Class** 010

**Serial** 87074038

**Owners** Pure Romance, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA)

Feedback

VITATRON

**Wordmark** VITATRON
**Status** LIVE REGISTERED
**Goods & services** IC 005: nutritional supplements, namely, multimineral-trace element...
**Class** 005
**Serial** 75151574
**Owners** BIOTRON LABORATORIES, LLC (LIMITED LIABILITY COMPANY; UTAH, USA)

OASIS

**Wordmark** OASIS
**Status** LIVE REGISTERED
**Goods & services** IC 011: DC powered diesel fuelled water and space heaters with a...
**Class** 011
**Serial** 78536554
**Owners** International Thermal Investments Ltd. (CORPORATION; CANADA)

PAXON

**Wordmark** PAXON
**Status** LIVE REGISTERED
**Goods & services** IC 005: Veterinary products and dietetic supplements, namely, a...
**Class** 005
**Serial** 77891489
**Owners** Vetoquinol N.-A. Inc. (CORPORATION; CANADA)

ELEMƎNTS

**Wordmark** ELEM3NTS
**Status** LIVE REGISTERED
**Goods & services** IC 005: Flavored vitamin drink mixes; dietary supplemental flavored...
**Class** 005
**Serial** 88705832

Feedback

**Owners** ELEMENTS DRINKS CO. (CORPORATION; DELAWARE, USA)

ELEMENTELLE

**Wordmark** ELEMENTELLE

**Status** LIVE REGISTERED

**Goods & services** IC 005: Pharmaceutical preparations to promote a healthy digestive...

**Class** 005, 029

**Serial** 79296096

**Owners** PACIFICBLUE HEALTH PTY LTD (proprietary limited company (p/l or pty. ltd.); AUSTRALIA)

PURE ELEMENTS
— nutrition —

**Wordmark** PURE ELEMENTS NUTRITION

**Status** LIVE REGISTERED

**Goods & services** IC 005: Nutritional supplements.

**Class** 005

**Serial** 88855925

**Owners** Pure Elements Nutrition, LLC (LIMITED LIABILITY COMPANY; WYOMING, USA)

Reef Moonshiner's

**Wordmark** REEF MOONSHINER'S

**Status** LIVE REGISTERED

**Goods & services** IC 001: Major and Minor Trace Element supplements for use in...

**Class** 001

**Serial** 87925905

**Owners** Wischmann, Andreas (INDIVIDUAL; GERMANY)

OXYFIX

**Wordmark** OXYFIX

**Status** LIVE REGISTERED

**Goods & services** IC 005: Dietary supplements made from high altitude adjustment...

Feedback

| | |
|---|---|
| **Class** | 005 |
| **Serial** | 87786989 |
| **Owners** | OXYFIX USA LLC (LIMITED LIABILITY COMPANY; COLORADO, USA) |

HOLY SH*T

| | |
|---|---|
| **Wordmark** | HOLY SH*T |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Probiotic supplements; Prebiotic supplements. |
| **Class** | 005 |
| **Serial** | 99135559 |
| **Owners** | Element Longevity, Inc. (CORPORATION; Wyoming, USA) |

AlementzDepot

| | |
|---|---|
| **Wordmark** | ALEMENTZDEPOT |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Amino acids for nutritional purposes; Vitamin supplements;... |
| **Class** | 005, 029 |
| **Serial** | 97230556 |
| **Owners** | Big Sweet Apple Inc. (CORPORATION; CALIFORNIA, USA) |

THYROTECT

| | |
|---|---|
| **Wordmark** | THYROTECT |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Iodine; Dietary and nutritional supplements containing... |
| **Class** | 005 |
| **Serial** | 87409415 |
| **Owners** | Robinson, Carl (INDIVIDUAL; USA) |

ALŌMŪN

| | |
|---|---|
| **Wordmark** | ALOMUN |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Nutritional supplements in the form of liquid gel.; IC 032:... |

Feedback

| | |
|---|---|
| **Class** | 005, 032 |
| **Serial** | 88786520 |
| **Owners** | Jeunesse Global Holdings, LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA) |

ELEMENTS

| | |
|---|---|
| **Wordmark** | ELEMENTS |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Nutritional additives for medical purposes, namely,... |
| **Class** | 005 |
| **Serial** | 79181893 |
| **Owners** | Petko Zdravkov Drentchev (INDIVIDUAL; BULGARIA) |

ELEMENTA

| | |
|---|---|
| **Wordmark** | ELEMENTA |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Veterinary products, namely, anti-infective products for... |
| **Class** | 043, 005, 009, 010, 012, 014, 016, 018, 020, 021, 022, 024, 025, 026, 028, 029, 030, 032, 033, 035, 039, 041, 042, 044 |
| **Serial** | 79298089 |
| **Owners** | FLOWER INTERNATIONAL SÀRL (société à responsabilité limitée; LUXEMBOURG) |

PROTEKGI

| | |
|---|---|
| **Wordmark** | PROTEKGI |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Food supplements for animals comprised of trace elements; food... |
| **Class** | 005 |
| **Serial** | 79353335 |
| **Owners** | Evolution Animal Health Pty Limited (CORPORATION; AUSTRALIA) |

PROBISAN

| | |
|---|---|
| **Wordmark** | PB PROBISAN |

Feedback

**Status** LIVE REGISTERED

**Goods & services** IC 005: Food supplements for animals; nutritional supplements for...

**Class** 005, 031

**Serial** 79252413

**Owners** Productos Específicos Nutrición y Técnicas Alimentarias, S.A. (Sociedad Anónima; SPAIN)

ALCAMI ELEMENTS

**Wordmark** ALCAMI ELEMENTS

**Status** LIVE REGISTERED

**Goods & services** IC 005: Dietary supplement drink mixes; Health food supplements.

**Class** 005

**Serial** 90654705

**Owners** CARLOS FOGELMAN (INDIVIDUAL; USA)

RVEDIC

**Wordmark** RVEDIC

**Status** LIVE REGISTERED

**Goods & services** IC 003: Essential oils; Essential oils of lemon; Essential oils for...

**Class** 003, 005, 030

**Serial** 90565391

**Owners** Element Eliquid, LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA)

Eliminaid

**Wordmark** ELIMINAID

**Status** LIVE REGISTERED

**Goods & services** IC 005: Dietary and nutritional supplements; Dietary fiber for...

**Class** 005

**Serial** 85661093

**Owners** Skin, Mind, Body Essentials (LIMITED LIABILITY COMPANY; GEORGIA, USA)

Feedback

ALMONDRX

| | |
|---|---|
| **Wordmark** | ALMONDRX |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 029: Seasoned nuts, namely, seasoned almonds coated with spices,... |
| **Class** | 029 |
| **Serial** | 97155266 |
| **Owners** | AlmondRx LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA) |

ELLAMENTZ

| | |
|---|---|
| **Wordmark** | ELLAMENTZ |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Dietary supplements; Nutritional supplements. |
| **Class** | 005 |
| **Serial** | 98521534 |
| **Owners** | Ellamentz LLC (LIMITED LIABILITY COMPANY; California, USA) |

WELLEMENTS

| | |
|---|---|
| **Wordmark** | WELLEMENTS |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Nutritional supplements; protein supplements; vitamin... |
| **Class** | 005 |
| **Serial** | 77020715 |
| **Owners** | Wellements, LLC (LIMITED LIABILITY COMPANY; ARIZONA, USA) |

Feedback

ALMANAC

| | |
|---|---|
| **Wordmark** | ALMANAC |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 003: Toiletries, namely, non-medicated toiletry preparations;... |
| **Class** | 003, 005, 016, 021, 022, 024, 034, 035, 041 |
| **Serial** | 79226104 |

**Owners** Almanac Hotels GmbH (GmbH (ltd.); AUSTRIA)

ELUMINÉ

**Wordmark** ELUMINÉ
**Status** LIVE REGISTERED
**Goods & services** IC 003: Cosmetics.; IC 005: Dietary supplements.; IC 010: Lasers for...
**Class** 003, 005, 010
**Serial** 79298446
**Owners** THE NEW ZEALAND KING SALMON CO. LIMITED (NZ Limited Company; NEW ZEALAND)

WELLEMON

**Wordmark** WELLEMON
**Status** LIVE REGISTERED
**Goods & services** IC 001: Lemon-based botanical extracts for use in the manufacture of...
**Class** 001
**Serial** 90553082
**Owners** Euromed, S.A. (sociedad anonima (sa); SPAIN)

WELLMUNE

**Wordmark** WELLMUNE
**Status** LIVE REGISTERED
**Goods & services** IC 005: Foodstuffs containing beta glucan for dietary or medical...
**Class** 005, 029, 030, 031, 032
**Serial** 97060174
**Owners** Kerry Luxembourg S.à.r.l. (LIMITED LIABILITY COMPANY; LUXEMBOURG)

alimentiv

**Wordmark** ALIMENTIV
**Status** LIVE REGISTERED

Feedback

**Goods & services** IC 009: Computers, peripheral hardware components, namely, blank...

**Class** 009, 035, 042, 044, 045

**Serial** 90381096

**Owners** Alimentiv Inc. (CORPORATION; CANADA)

ALIMEND

**Wordmark** ALIMEND

**Status** LIVE REGISTERED

**Goods & services** IC 005: Dietary supplements for animals.

**Class** 005

**Serial** 86218522

**Owners** BIOZYME INCORPORATED (CORPORATION; MISSOURI, USA)

Page 1 of 15

## Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com Subscribe

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Terms of Use
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Feedback

Follow us