# EXHIBIT D

An official website of the United States government Here's how you know

TM $ My Sign in

# Trademark search

Home > Search results

Help

Try our new beta feature to see more info when you open results Off

General search | lmnt ✕ | Refine search by good | Basic | Expert

**Status filter**

- [x] Live 625
  - [x] Registered
  - [ ] Pending
- [ ] Dead 0
  - [ ] Cancelled
  - [ ] Abandoned

**Sort**

**Configure**

- [x] Show image

Reset

**625 results** for lmnt

Export

| | |
|---|---|
| **Wordmark** | LMNT |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Dietary supplement drink mixes. |
| **Class** | 005 |
| **Serial** | 97216076 |
| **Owners** | DRINK LMNT, INC. (CORPORATION; DELAWARE, USA) |

| | |
|---|---|
| **Wordmark** | LMNT |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 036: venture capital financing; financial services for emerging and... |
| **Class** | 036 |
| **Serial** | 97669467 |
| **Owners** | LMNT Management, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA) |

| | |
|---|---|
| **Wordmark** | LMNT |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 014: jewelry. |
| **Class** | 014 |
| **Serial** | 87000132 |
| **Owners** | PLATINUM GUILD INTERNATIONAL (U.S.A.) JEWELRY, INC. (CORPORATION; NEW YORK, USA) |

Feedback

LMNT.

**Wordmark** LMNT.
**Status** LIVE REGISTERED
**Goods & services** IC 003: Cosmetics; cosmetic preparations for skin care; lotions for...
**Class** 003, 010
**Serial** 98080399
**Owners** SISRAM MEDICAL LTD. (LIMITED COMPANY; ISRAEL)

LMNT

**Wordmark** LMNT
**Status** LIVE REGISTERED
**Goods & services** IC 009: TABLET COMPUTER CASES, CASES FOR LAPTOPS, CASES FOR COMPUTERS,...
**Class** 009
**Serial** 85776618
**Owners** ATNY DESIGN, LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA)

LMNT

**Wordmark** LMNT
**Status** LIVE REGISTERED
**Goods & services** IC 003: non-medicated anti-aging skincare preparations for cosmetic...
**Class** 003, 010
**Serial** 79324119
**Owners** Sisram Medical Ltd. (UNKNOWN; ISRAEL)

LMNT

**Wordmark** LMNT
**Status** LIVE REGISTERED
**Goods & services** IC 005: Dietary beverage supplements for human consumption in liquid...
**Class** 005, 021, 032

Feedback

**Serial** 97975502

**Owners** DRINK LMNT, INC. (CORPORATION; DELAWARE, USA)

LMNT

**Wordmark** LMNT

**Status** LIVE REGISTERED

**Goods & services** IC 005: Beverages containing electrolytes for use as a nutritional...

**Class** 005, 032

**Serial** 97519046

**Owners** DRINK LMNT, INC. (CORPORATION; DELAWARE, USA)

LMNT

**Wordmark** LMNT

**Status** LIVE REGISTERED

**Goods & services** IC 026: Artificial flowers; Bobby pins; Clam clips for hair; False...

**Class** 026, 040

**Serial** 97616814

**Owners** LMNT Accessories L.L.C. (LIMITED LIABILITY COMPANY; NEW JERSEY, USA)

LMNT

**Wordmark** LMNT

**Status** LIVE REGISTERED

**Goods & services** IC 018: Make-up bags sold empty.

**Class** 018

**Serial** 88094944

**Owners** ATNY DESIGN, LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA)

DRINK LMNT

**Wordmark** DRINK LMNT

**Status** LIVE REGISTERED

Feedback

| | |
|---|---|
| **Goods & services** | IC 005: Dietary supplement drink mixes. |
| **Class** | 005 |
| **Serial** | 97278828 |
| **Owners** | DRINK LMNT, INC. (CORPORATION; DELAWARE, USA) |

LM NT ELEMENTAL LABS

| | |
|---|---|
| **Wordmark** | LMNT ELEMENTAL LABS |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Dietary supplement drink mixes. |
| **Class** | 005 |
| **Serial** | 88456796 |
| **Owners** | DRINK LMNT, INC. (CORPORATION; DELAWARE, USA) |




| | |
|---|---|
| **Wordmark** | LMNT 1000 MG SODIUM 200 MG POTASSIUM 60 MG MAGNESIUM NO SUGAR 2G CARBS |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Dietary supplement drink mixes; Electrolyte replacement... |
| **Class** | 005, 032 |
| **Serial** | 98512483 |
| **Owners** | Drink LMNT, Inc. (CORPORATION; Delaware, USA) |




| | |
|---|---|
| **Wordmark** | LMNT STAY SALTY SPARKLING ELECTROLYTE WATER 000 MG SODIUM 200 MG POTASSIUM 60 MG MAGNESIUM |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Beverages containing electrolytes for use as a nutritional... |
| **Class** | 005, 032 |
| **Serial** | 98581863 |
| **Owners** | Drink LMNT, Inc. (CORPORATION; Delaware, USA) |

Feedback



| | |
|---|---|
| **Wordmark** | LMNT ELEMENTAL LABS CITRUS SALT RECHARGE ELECTROLYTE DRINK MIX 1000 MG SODIUM 200 MG POTASSIUM 60 MG MAGNESIUM NO SUGAR... |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Dietary supplement drink mixes. |
| **Class** | 005 |
| **Serial** | 88628080 |
| **Owners** | DRINK LMNT, INC. (CORPORATION; DELAWARE, USA) |



| | |
|---|---|
| **Wordmark** | |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Beverages containing electrolytes for use as a nutritional... |
| **Class** | 005, 032 |
| **Serial** | 98581799 |
| **Owners** | Drink LMNT, Inc. (CORPORATION; Delaware, USA) |

STAY SALTY

| | |
|---|---|
| **Wordmark** | STAY SALTY |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Dietary supplement drink mixes. |
| **Class** | 005 |
| **Serial** | 97216115 |
| **Owners** | DRINK LMNT, INC. (CORPORATION; DELAWARE, USA) |

GIVE A SALT

| | |
|---|---|
| **Wordmark** | GIVE A SALT |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 035: Charitable services, namely the coordination of a program for... |
| **Class** | 035, 042 |

Feedback

**Serial** 98324325

**Owners** Drink LMNT, Inc. (CORPORATION; DELAWARE, USA)

STAY SALTY

**Wordmark** STAY SALTY

**Status** LIVE REGISTERED

**Goods & services** IC 021: Vacuum bottles; water bottles sold empty.

**Class** 021

**Serial** 97558800

**Owners** DRINK LMNT, INC. (CORPORATION; DELAWARE, USA)

THIS SALT IS ON A MISSION

**Wordmark** THIS SALT IS ON A MISSION

**Status** LIVE REGISTERED

**Goods & services** IC 005: Beverages containing electrolytes for use as a nutritional...

**Class** 005, 032

**Serial** 97558900

**Owners** DRINK LMNT, INC. (CORPORATION; DELAWARE, USA)

MILA RUE

**Wordmark** MILA RUE

**Status** LIVE REGISTERED

**Goods & services** IC 009: Sunglasses; Eye glass chains; Eye glass cords; Cases for...

**Class** 009, 014, 016, 018, 021, 025, 026, 028

**Serial** 97900291

**Owners** LMNT Accessories LLC (LIMITED LIABILITY COMPANY; NEW JERSEY, USA)

STAY SALTY

**Wordmark** STAY SALTY

**Status** LIVE REGISTERED

**Goods & services** IC 032: Powders used in the preparation of sports drinks; powders

Feedback

used...

| | |
|---|---|
| **Class** | 032 |
| **Serial** | 97975911 |
| **Owners** | DRINK LMNT, INC. (CORPORATION; DELAWARE, USA) |

THIS SALT IS ON A MISSION

| | |
|---|---|
| **Wordmark** | THIS SALT IS ON A MISSION |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 005: Dietary supplement drink mixes; Electrolyte replacement... |
| **Class** | 005, 032 |
| **Serial** | 97975503 |
| **Owners** | DRINK LMNT, INC. (CORPORATION; DELAWARE, USA) |

STM BOOST

| | |
|---|---|
| **Wordmark** | STM BOOST |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 003: Shower bombs being aromatherapy evaporating shower tablets... |
| **Class** | 003, 035 |
| **Serial** | 97881519 |
| **Owners** | NEW LMNT LLC (LIMITED LIABILITY COMPANY; IDAHO, USA) |

LEMONADE.TV

| | |
|---|---|
| **Wordmark** | LEMONADE.TV |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 035: On-line trading services in which seller posts products to be... |
| **Class** | 036, 035, 038 |
| **Serial** | 88755839 |
| **Owners** | TOUCH POINT WORLDWIDE, INC. (CORPORATION; DELAWARE, USA) |

LUMENATE

| | |
|---|---|
| **Wordmark** | LUMENATE |

Feedback

**Status** LIVE REGISTERED

**Goods & services** IC 011: textile diffusers for use with luminaires.; IC 016: laminated...

**Class** 011, 016

**Serial** 76564505

**Owners** LUMETTA, INC. (CORPORATION; RHODE ISLAND, USA)

LYMONADE

**Wordmark** LYMONADE

**Status** LIVE REGISTERED

**Goods & services** IC 032: Soft drinks.

**Class** 032

**Serial** 88323944

**Owners** The Coca-Cola Company (CORPORATION; DELAWARE, USA)

LMNTRIX

**Wordmark** LMNTRIX

**Status** LIVE REGISTERED

**Goods & services** IC 042: Computer security services, namely, hard drive erasure,...

**Class** 042

**Serial** 79206096

**Owners** LMNTRIX Pty Ltd as trustee for LMNTRIX Unit Trust (proprietary limited company (p/l or pty.ltd.); AUSTRALIA)

LMNTS

**Wordmark** LMNTS

**Status** LIVE REGISTERED

**Goods & services** IC 025: Clothing, namely, tops, shirts, skirts, sweaters, hoodies,...

**Class** 025, 035

**Serial** 79305067

**Owners** Next Up Brands Ltd (Limited Company; UNITED KINGDOM)

Feedback

Luminate+

**Wordmark** LUMINATE+
**Status** LIVE REGISTERED
**Goods & services** IC 009: Downloadable computer software for use in providing streaming...
**Class** 009
**Serial** 97176300
**Owners** In-House Focus, LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA)

LUMINETWORX

**Wordmark** LUMINETWORX
**Status** LIVE REGISTERED
**Goods & services** IC 011: LED (light emitting diode) lighting fixtures.
**Class** 011
**Serial** 88578678
**Owners** LV Energy Systems LLC (LIMITED LIABILITY COMPANY; NEVADA, USA)

LEMONADETV

**Wordmark** LEMONADETV
**Status** LIVE REGISTERED
**Goods & services** IC 035: Matching consumers interested in corporate social...
**Class** 036, 035, 038
**Serial** 88779826
**Owners** TOUCH POINT WORLDWIDE, INC. (CORPORATION; DELAWARE, USA)

lemonadeus

**Wordmark** LEMONADEUS
**Status** LIVE REGISTERED
**Goods & services** IC 006: Metal hooks.
**Class** 006
**Serial** 88215071

Feedback

**Owners** LiuYing (INDIVIDUAL; USA)

L.E.MENTS

**Wordmark** L.E.MENTS

**Status** LIVE REGISTERED

**Goods & services** IC 014: Bead bracelets; Meditation beads; Prayer beads; Prayer beads,...

**Class** 014

**Serial** 88238298

**Owners** My Healthy Footprints Corporation (CORPORATION; NEW YORK, USA)

Loamnta

**Wordmark** LOAMNTA

**Status** LIVE REGISTERED

**Goods & services** IC 011: Refrigerators.

**Class** 011

**Serial** 90234584

**Owners** CHONGQING AISHUNING E-COMMERCE CO., LTD. (LIMITED CORPORATION; CHINA)

Liomind

**Wordmark** LIOMIND

**Status** LIVE REGISTERED

**Goods & services** IC 024: Throws; Baby bunting; Bath towels; Bed blankets; Bed covers;...

**Class** 024

**Serial** 90164484

**Owners** YANG, JIFEI (INDIVIDUAL; CHINA)

LAOMAND

**Wordmark** LAOMAND

**Status** LIVE REGISTERED

**Goods & services** IC 021: Combs; Brushes for basting meat; Brushes for pets; Dishers.

**Class** 021

**Serial** 90397568

Feedback

| | |
|---|---|
| **Owners** | JIANGXI CHANGHE E-COMMERCE CO., LTD. (LIMITED CORPORATION; CHINA) |

Lumiwind

| | |
|---|---|
| **Wordmark** | LUMIWIND |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 028: Christmas tree skirts; Electronic toy vehicles; Floats for... |
| **Class** | 028 |
| **Serial** | 97839895 |
| **Owners** | Shenzhen Kaiqi Industry Co., Ltd (limited company (ltd.); CHINA) |

LUMINETICSCORE

| | |
|---|---|
| **Wordmark** | LUMINETICSCORE |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 009: Cameras; downloadable computer software for capturing and... |
| **Class** | 009, 041, 044 |
| **Serial** | 97847064 |
| **Owners** | Digital Diagnostics Inc. (CORPORATION; IOWA, USA) |

Limonto

| | |
|---|---|
| **Wordmark** | LIMONTO |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 021: Cruets; Cups; Baking mats; Cosmetic spatulas; Drinking straws;... |
| **Class** | 021 |
| **Serial** | 97893044 |
| **Owners** | Fo Shan Shi Ao Si Man Ke Ji You Xian Gong Si (limited company (ltd.); CHINA) |

LamonWater

| | |
|---|---|
| **Wordmark** | LAMONWATER |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 011: Dehumidifiers; Air cleaning units containing an air filter,... |

Feedback

**Class** 011

**Serial** 97873265

**Owners** Hangzhou Lanon Technology Co., LTD. (limited company (ltd.); CHINA)

LUMENNATURALE

**Wordmark** LUMENNATURALE

**Status** LIVE REGISTERED

**Goods & services** IC 003: All-purpose cleaners; All purpose cleaning preparations;...

**Class** 003

**Serial** 98014620

**Owners** Beijing JunJing Hotel Necessities Supply CO.Ltd. (limited company (ltd.); CHINA)

Lomantise

**Wordmark** LOMANTISE

**Status** LIVE REGISTERED

**Goods & services** IC 014: Bracelets; Earrings; Ankle bracelets; Bangle bracelets; Choker...

**Class** 014

**Serial** 98159454

**Owners** LIU LINGGUI (INDIVIDUAL; CHINA)

LUMINATOR

**Wordmark** LUMINATOR

**Status** LIVE REGISTERED

**Goods & services** IC 016: Pens.

**Class** 016

**Serial** 90136548

**Owners** ALPHAPOINTE (charitable, non-profit corporation; MISSOURI, USA)

LOMANDA

**Wordmark** LOMANDA

**Status** LIVE REGISTERED

**Goods & services** IC 012: Anti-skid chains for vehicle tires; Anti-theft devices for...

Feedback

**Class** 012

**Serial** 90189006

**Owners** JIANGXI DAMAIJIA NETWORK TECHNOLOGY CO., LTD. (LIMITED LIABILITY COMPANY; CHINA)

LEMANDINGUE

**Wordmark** LEMANDINGUE

**Status** LIVE REGISTERED

**Goods & services** IC 043: Restaurant and café services.

**Class** 043

**Serial** 98479370

**Owners** Fofana, M'Ballou (INDIVIDUAL; USA)

Lemandon

**Wordmark** LEMANDON

**Status** LIVE REGISTERED

**Goods & services** IC 020: Cushions; Bath kneeling pads; Bath pillows; Bathroom...

**Class** 020

**Serial** 97271375

**Owners** Shenzhen Lemandun Trading Co., Ltd. (LIMITED LIABILITY COMPANY; CHINA)

Lymneth

**Wordmark** LYMNETH

**Status** LIVE REGISTERED

**Goods & services** IC 010: Apparatus for acne treatment; Cosmetic apparatus using...

**Class** 010

**Serial** 90428404

**Owners** Guangzhou Mike Electronic Commerce Co., Ltd. (limited company (ltd.); CHINA)

LUMENATO

**Wordmark** LUMENATO

**Status** LIVE REGISTERED

Feedback

| | |
|---|---|
| **Goods & services** | IC 005: Health food in the nature of dietary and mineral supplements... |
| **Class** | 005 |
| **Serial** | 88602428 |
| **Owners** | Lycored Ltd. (CORPORATION; ISRAEL) |

LAMONT

| | |
|---|---|
| **Wordmark** | LAMONT |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 025: Baseball caps; Belts; Bottoms as clothing; Coats; Footwear;... |
| **Class** | 025 |
| **Serial** | 88918993 |
| **Owners** | Coen Lamont (INDIVIDUAL; USA) |

Page 1 of 13

**Receive updates from the USPTO**

Enter your email to subscribe or update your preferences

your@email.com Subscribe

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Terms of Use
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Feedback

Follow us