# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

DRINK LMNT, INC.,

      Plaintiff,

v.

ELMNT, LLC,

      Defendant.

Civil Action No. 2:25-cv-01018-SPC-KRH

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

I, Kevin Y. Li, Esq. of Wolf, Greenfield & Sacks, P.C. move to withdraw as counsel for Plaintiff Drink LMNT, Inc. I will be leaving the law firm of Wolf, Greenfield & Sacks, P.C. on June 26, 2026, to pursue other opportunities.

I certify that the client consents to the withdrawal and will continue to be represented by all other undersigned counsel. No party will be prejudiced by the relief requested in this motion. The withdrawal will not result in a person proceeding pro se nor result in a continuance of a trial.

WHEREFORE, I respectfully request the Court enter an order granting my withdrawal in this action.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Plaintiff conferred with counsel

for Defendant regarding the relief requested in this motion on June 25, 2026.

Counsel for Defendant indicated it does not oppose the relief requested.

Respectfully submitted,

Date: June 25, 2026

/s/ Kevin Y. Li
Michael A. Albert (admitted *pro hac vice*)
malbert@wolfgreenfield.com
Christina M. Licursi (admitted *pro hac vice*)
clicursi@wolfgreenfield.com
Kevin Y. Li (admitted *pro hac vice*)
kli@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax

Ryan Van Olst (admitted *pro hac vice*)
rvanolst@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
601 Massachusetts Avenue, NW
Washington, DC 20001
202.571.5001 Phone
617.646.8646 Fax

Nicole Berkowitz Riccio (FL 1054795)
nriccio@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
200 East Broward Boulevard, Suite 2000
Fort Lauderdale, FL 33301
901.577.8166 Phone
901.577.0866 Fax

*Counsel for Plaintiff Drink LMNT, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document is being filed on June 25, 2026 through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

*/s/ Kevin Y. Li*
Kevin Y. Li
